UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE THREAT,

    Plaintiff,

v.                                              Case No. 23-cv-10283
                                                  Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.

_____/

**ORDER GRANTING DEFENDANT'S REQUEST FOR
AN EXTENSION OF TIME TO OBTAIN COUNSEL (ECF No. 16)**

In this action, Plaintiff Jasmine Threat alleges that she was "subjected to sexual abuse, sexual assault, battery, exploitation, discrimination, and degrading treatment" while she was incarcerated at the Women's Huron Valley Correctional Facility ("Huron Valley"). (Compl. at ¶1, ECF No. 1, PageID.2.) The sole remaining Defendant is Bruce Watson, a guard at Huron Valley. (*See id.* at ¶3, PageID.2.)

On May 25, 2023, Watson sent a letter to the Court in which he indicated that he is attempting to find counsel to represent him in this case. (*See* Ltr., ECF No. 16.) And Watson asked the Court for some additional time to obtain counsel so that he could "properly defend" himself in this case. (*Id.*, PageID.43.)

The Court has reviewed Watson's request and concludes that allowing Watson a short amount of time to obtain counsel is appropriate. Accordingly,

1

Watson's request is **GRANTED**. Counsel shall file an appearance on Watson's behalf in this case by no later than **September 11, 2023**. If counsel does not file an appearance on Watson's behalf by that date, the Court will assume that Watson was unable to obtain counsel and that Watson will be representing himself in this action. Finally, the Court will set a status conference for shortly after the September 11 deadline for Watson to obtain counsel to discuss the next steps in this action. Either counsel for Watson or Watson, if Watson is unable to obtain counsel, must attend that conference.

    **IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: August 1, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

                                                         s/Holly A. Ryan
                                                         Case Manager
                                                         (313) 234-5126