UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE THREAT,

    Plaintiff,

v.

Case No. 23-cv-10283
Hon. Matthew F. Leitman

BRUCE WATSON,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 26)

In this action, Plaintiff Jasmine Threat, a former inmate of the Michigan Department of Corrections ("MDOC"), accuses Defendant Bruce Watson, a former MDOC corrections officers, of sexually abusing her while she was in custody. Now pending before the Court is Defendant's Motion for Summary Judgment. The motion is DENIED. The affidavit of Ms. Threat creates a material factual dispute as to whether the alleged abuse occurred and offers an explanation for Threat's prior purported admissions that no abuse occurred. (*See* Aff., ECF No. 29-1.) In light of the affidavit, it would not be appropriate to grant summary judgment in favor of Defendant at this time.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 1, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2024, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126