UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE THREAT,

    Plaintiff,

v.

Case No. 23-cv-10283
Hon. Matthew F. Leitman

BRUCE WATSON,

    Defendant.

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Jasmine Threat failed to appear for both the Final Pretrial Conference and the Bench Trial in this action. On the day of the bench trial, her attorney indicated on the record that she has stopped communicating with him and that it was reasonable to conclude that she has abandoned the action. Given Threat's failures to appear and abandonment of the action, and for the reasons explained on the record on December 9, 2025, this action is **DISMISSED WITH PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126